**UNITED STATES COURT OF APPEALS**

**FIFTH CIRCUIT**

_____

No. 97-31346
_____

CONTINENTAL INSURANCE CO.,

                    Plaintiff-Appellant,

versus

FERRELLGAS INC, ET AL,

                    Defendant-Appellee,

FERRELLGAS INC; FERRELLGAS L P; EMPIREGAS INC
OF EUNICE; EMPIREGAS INC LAKE CHARLES;
EMPIREGAS INC OF LOUISIANA; T I G INSURANCE
COMPANY, A Reliance Group Holding Co; EMPIRE
GAS CORP; AMERICAN AUTOMOBILE INSURANCE CO,

                    Defendants-Appellees.

Appeal from the United States District Court
for the Western District of Louisiana
(96-CV-1860)
December 9, 1998

Before JOLLY, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  _See_ 5TH CIR. R. 47.6.

---

    [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.